# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CATHY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00684-BP |
| ) | |
| FAVORITE HEALTHCARE STAFFING ) | |
| INC., *et al*. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Cathy Martin and Defendants Favorite Healthcare Staffing, Inc. and Deana O'Dell, by and through their respective attorneys of record, hereby stipulate and agree to the dismissal with prejudice of all claims in this matter, with each party to bear her/its own costs and attorneys' fees.

Dated: January 28, 2020           Respectfully submitted,

/s/ *Henry W. Tanner. Jr.*
Henry W. Tanner Jr. (66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri  64110
Telephone: 816.547.2162
Facsimile: 816.393.0338
Email: henry@htannerlaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Robert J. Rojas*
Jeannie DeVeney, #46885
Robert J. Rojas, #65144
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
jdeveney@littler.com
rrojas@littler.com

ATTORNEYS FOR DEFENDANT
FAVORITE HEALTHCARE STAFFING,
INC.


*/s/ Blake M. Edwards*
Mitchell E. Wood
Blake M. Edwards
HALBROOK WOOD, P.C.
3500 W. 75th Street, Suite 300
Prairie Village, KS 66208
mwood@halbrookwoodlaw.com
bedwards@halbrookwoodlaw.com

ATTORNEYS FOR DEFENDANT
DEANA O'DELL